WELSBACH LIGHT CO. v. FREEMAN et al.

(Circuit Court, S. D. New York. February 2, 1900.)

PATENTS—SUIT FOR INFRINGEMENT—PRELIMINARY INJUNCTION.

A complainant, in a suit for infringement of a process patent, is entitled to a preliminary injunction against the sale by defendant of articles made by unknown infringers, where it fairly appears by the showing made that their manufacture is in fact being caused by defendant.

On Motion for Preliminary Injunction.

John R. Bennett, for the motion.
Eugene Cohn, opposed.

LACOMBE, Circuit Judge. Without considering the specific charges in the moving papers, the court is satisfied, from defendant's own papers, that, although they may give no oral or written orders therefor, they do in fact cause the continued manufacture of infringing mantles by the unnamed infringers whose product is brought to defendants from time to time by the "peddlers in small lots," to whom the affidavit refers. Complainant may take an order for injunction pendente lite against manufacturing, or causing to be manufactured, etc., infringing mantles, and especially prohibiting the sale of any mantles coated in infringement of the patent, except such as shall be shown to have been coated and infringement thus committed prior to the date of service of the restraining order. Inasmuch as the question as to status of mantles made abroad has not yet been argued, this order shall not apply to infringing mantles which may be shown to have been coated outside of the United States.